UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:18-CR-486-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO UNSEAL |
| ) | INDICTMENT |
| ) | |
| JAVONTE DEMARSHEA LOVE ) | |

Upon motion of the government, by and through the United States Attorney for the Eastern District of North Carolina, the previously sealed Indictment and case in the above-captioned matter are hereby ORDERED unsealed.

This the 26 day of December, 2018.

T. W. Boyle
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE